IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHELLE R. CARPER,<br><br>Plaintiff,<br><br>v.<br><br>VWR SCIENTIFIC PRODUCTS CORPORATION, and TWELVE VWR INTERNATIONAL, INC.<br><br>Defendants. | CA. No. 04-0126<br><br><br><br>TRIAL BY JURY OF<br>DEMANDED. |

## NOTICE OF SERVICE

I, Judy M. Jones., hereby certify that on February 28, 2005, I caused copies of the Answers to VWR Scientific Products Corporation and VWR International's Requests for Production of Documentation Directed to Plaintiff, Michelle R. Carper to be served upon the following parties in the manner indicated:

### VIA HAND DELIVERY

David P. Primack, Esquire
Drinker Biddle & Reath, LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254

CROSS & SIMON, LLC

Judy M. Jones (Bar I.D. No. 3521)
913 North Market Street, Suite 1001
P.O. Box 1380
Wilmington, Delaware 19899-1380
302-777-4200/ 302-777-4224 (facsimile)