IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHELLE R. CARPER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>VWR SCIENTIFIC PRODUCTS<br>CORPORATION, and<br><br>VWR INTERNATIONAL, INC.<br><br>　　　　Defendants. | CA. No. 04-0126<br><br><br><br>TRIAL BY JURY OF<br>TWELVE<br>DEMANDED. |

## NOTICE OF SERVICE

I, Judy M. Jones., hereby certify that on March 1, 2005, I caused copies of <u>Plaintiff's First Requests for the Production of Documentation and Things and Plaintiff's First Set of Interrogatories</u> to be served upon the following parties in the manner indicated:

**VIA HAND DELIVERY**
David P. Primack, Esquire
Drinker Biddle & Reath, LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254

**FIRST CLASS MAIL**
James G. Fannon, Esquire
Kathryn H. Levering, Esquire
Drinker Biddle & Reath, LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996
Fax:   (267) 402-4609

　　　　　　　　CROSS & SIMON, LLC

　　　　　　　　_____
　　　　　　　　Judy M. Jones (Bar I.D. No. 3521)
　　　　　　　　913 North Market Street, Suite 1001
　　　　　　　　P.O. Box 1380
　　　　　　　　Wilmington, Delaware 19899-1380
　　　　　　　　302-777-4200/
　　　　　　　　302-777-4224 (facsimile)