IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHELLE R. CARPER, | ) | |
| | ) | Civil Action No. 04-0126 |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| VWR SCIENTIFIC PRODUCTS | ) | |
| CORPORATION, and VWR | ) | |
| INTERNATIONAL, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

IT IS ORDERED this_____day of_____, 2005, that

The appearance of Richard H. Cross, Jr., Judy M. Jones and Cross & Simon, LLC as counsel for Plaintiff is withdrawn.

_____
Honorable Gregory M. Sleet