## CERTIFICATE OF SERVICE

I, Judy M. Jones, hereby certify that on April 7, 2005, I caused to be served the MOTION TO WITHDRAW AS COUNSEL by First Class Mail to the following parties:

**Via Hand Delivery**
David P. Primack, Esquire
Drinker Biddle & Reath, LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254

**Via First Class Mail**
Michelle R. Carper
402 South East Avenue
Bridgton, NJ 08302

**Via First Class Mail**
James G. Fannon, Esquire
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

Judy M. Jones (No. 3521)