**DrinkerBiddle&Reath**
L L P

David P. Primack
302-467-4221
david.primack@dbr.com

*Law Offices*

1100 North Market Street
Suite 1000
Wilmington, DE
19801-1254

302-467-4200
302-467-4201 fax
www.drinkerbiddle.com

PHILADELPHIA
NEW YORK
WASHINGTON
LOS ANGELES
SAN FRANCISCO
PRINCETON
FLORHAM PARK
BERWYN

April 8, 2005

The Honorable Gregory M. Sleet
U.S. District Judge
U.S. District Court for the
   District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

RE:   **Carper v. VWR Scientific Prods.**
       **1:04-cv-00126-GMS**

Dear Judge Sleet:

     We write with Plaintiff's counsel's consent respectfully to request a telephone conference with the Court and that the Court hold in abeyance the April 15, 2005 dispositive motion deadline.

     Plaintiff's counsel has served a Motion to Withdraw as Counsel for Plaintiff based upon the lack of continuing viability of Plaintiff's claims following her deposition. Defendant had hoped Plaintiff would withdraw her Complaint and avoid the expense of further proceedings. We have been advised that Plaintiff has not made that election. Given these circumstances, counsel for the parties believe it appropriate to seek the Court's guidance in a telephone conference on how to proceed and to request that Court hold in abeyance the April 15, 2005 dispositive motion deadline. Defendants' counsel also seeks the Court's guidance as to whether, under the circumstances, Plaintiff should participate in such a telephone conference.

Respectfully yours,

*/s/ David P. Primack*

David P. Primack (DE 4449)
Kathryn H. Levering,
    admitted pro hac vice
James G. Fannon,
    admitted pro hac vice

DPP

*Established*
*1849*

WM\3898\1