DrinkerBiddle&Reath
LLP

# CERTIFICATE OF SERVICE

I, David P. Primack, hereby certify that on April 8, 2005, I electronically filed the within Letter Brief with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

>Richard H. Cross, Jr., Esquire
>Judy M. Jones, Esquire

I hereby certify that, on April 8, 2005, I have mailed the within Letter Brief by United States Postal Service, postage prepaid, to the following non-registered participant:

>Michelle R. Carper
>402 South East Ave.
>Bridgeton, NJ  08302

David P. Primack (DE 4449)

VM\3898\1