IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MICHELLE R. CARPER,**<br><br>    Plaintiff,<br><br>  v.<br><br>**VWR SCIENTIFIC PRODUCTS CORPORATION, and VWR INTERNATIONAL, INC.,**<br><br>    Defendants. | **Civil Action No. 04-0126** |

**DEFENDANTS VWR SCIENTIFIC PRODUCTS
CORPORATION AND VWR INTERNATIONAL, INC.'S
MOTION FOR SUMMARY JUDGMENT**

  Defendant VWR International, Inc., formerly known as VWR Scientific Products Corporation ("VWR"), by its undersigned counsel, hereby moves the Court, pursuant to Federal Rule of Civil Procedure 56, to enter judgment in its favor and against Plaintiff Michelle R. Carper on all counts of the Complaint. No genuine issue of material fact exists as to any claim against Defendant and it is entitled to judgment as a matter of law.

  In support of its Motion, VWR relies upon the accompanying Opening Brief and Exhibits, which are incorporated herein by reference.

PHLIT\524739\1

- 2 -

WHEREFORE, Defendant respectfully asks the Court to enter judgment in its favor and against Plaintiff on all counts of the Complaint.

    Respectfully submitted,

Dated: April 15, 2005

s/ David P. Primack
David P. Primack (DE 4449)
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, Delaware 19801-1254
Telephone: 302-467-4224
Fax: 302-467-4201

Counsel for Defendant

Of Counsel:

Kathryn H. Levering
Admitted pro hac vice
James G. Fannon
Admitted pro hac vice
Drinker Biddle & Reath LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996

Counsel for Defendant