IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MICHELLE R. CARPER,** | |
| **Plaintiff,** | |
| v. | **Civil Action No. 04-0126** |
| **VWR SCIENTIFIC PRODUCTS CORPORATION, and VWR INTERNATIONAL, INC.,** | |
| **Defendants.** | |

## ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of the Motion for Summary Judgment of Defendant VWR International, Inc., formerly known as VWR Scientific Products Corporation ("VWR"), and Plaintiff's response thereto, it is hereby ORDERED that the Motion is GRANTED and that judgment is entered in favor of VWR and against Plaintiff Michelle R. Carper on all counts of the Complaint.

BY THE COURT

_____
Gregory M. Sleet, U.S.D.J.

NS