## CERTIFICATE OF SERVICE

I, David P. Primack, hereby certify that on April 15, 2005, I electronically filed the within Defendants' Motion for Summary Judgment, Opening Brief, and Proposed Order with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

> Richard H. Cross, Jr., Esquire
> Judy M. Jones, Esquire

> s/ David P. Primack
> David P. Primack (DE 4449)

PHLIT\524387\2