| PRIORITY ☐ | TELEPHONE RECORD |
|---|---|
| PATIENT: Michele Carper  AGE: | MESSAGE: pt would like note stating her back hurts in work. And would like to be out for 3 weeks. |
| CALLER: | |
| TELEPHONE: 302-695-0858 | |
| REFERRED TO: | TEMP:       ALLERGIES: |
| CHART #: Spoke c pt. → out 8/19-9/6/02 | RESPONSE: OK, give note for 3 weeks out for: Degen Disc c radiculopathy |
| CHART ATTACHED ☐ YES ☐ NO  ret. 9/9/02 | |
| DATE: 8/15/02  TIME: 9:05  REC'D BY: BB | PHY/RN INITIALS:  DATE: 8/16/02  TIME: 11:55  HANDLED BY: |

Copyright © 1978 Bibbero Systems, Inc. • Printed in the U.S.A.
#19-724-8 • To reorder call: 1-800-242-2376 or FAX: 1-800-242-9330

---

UNDERWOOD-MEMORIAL HOSPITAL
Family Health Center
34 Colson Lane
Mullica Hill, NJ 08062
(609) 223-0500

**Certificate For Return To School or Work**

Michele Carper has been under my care from 8/19/02 to 9/6/02 and is able to return to school/work on 9/9/02.

Remarks/Restrictions:

Dx: Degenerative Disc c radiculopathy

Signature: Dr. Nancy Biermann-Dey, M.D.

EXHIBIT 2

EXHIBIT D-8  3-10-05