UNDERWOOD-MEMORIAL HOSPITAL
Family Health Center
34 Colson Lane
Mullica Hill, NJ 08062
(609) 223-0500

### Certificate For Return To School or Work

Michele Carper  has been under my care from 8/19/02 to 9/6/02 and is able to return to school/work on 9/9/02.

Remarks/Restrictions:

Dx: Degenerative Disc c̄ radiculopathy

Signature Dr. Nancy Bieranat-Dev, M.D.

EXHIBIT 3

EXHIBIT
D-7
3-10-05