**UNDERWOOD-MEMORIAL HOSPITAL**
Family Health Center
34 Colson Lane
Mullica Hill, NJ 08062
(856) 223-0500

**Certificate for Return to School or Work**

_Michelle Carper_ has been under my care from _5/20/02_ to _present_, and is able to return to school/work on _9/15/02_.

Remarks/Restrictions:

_Mary Brennan Deg_, M.D.
Signature

EXHIBIT 4

EXHIBIT
D-10
3-10-08