

EXHIBIT 5

EXHIBIT
D-14
3-10-05