State of New Jersey
**PRESCRIPTION BLANK**

UNDERWOOD MEMORIAL HOSPITAL
FAMILY HEALTH CENTER OF MULLICA HILL
**NANCY A. BIERMAN-DEAR, M.D.**
34 GOLSON LANE
MULLICA HILL, NJ 08002

(856) 223-0500                                LIC. # MA053614
BATCH # MDJ-20020403-FP1400979-02            DEA #

IF PRESCRIPTION IS WRITTEN AT ALTERNATE PRACTICE SITE, CHECK HERE ☐
AND PRINT ALTERNATE ADDRESS AND TELEPHONE NUMBER ON REVERSE SIDE

PATIENT _Michael Cooper_    D.O.B. _____
ADDRESS _____    DATE 2/4/03

**Rx**

Light duty
no bending
+ no lifting > 5 lbs
2/1/03 — 3/1/03

SUBSTITUTION PERMISSIBLE ____    DO NOT SUBSTITUTE ____
DO NOT REFILL ____    SIGNATURE OF PRESCRIBER
REFILL ____ TIMES

Use separate form for each controlled substance prescription.
THEFT, UNAUTHORIZED POSSESSION AND/OR USE OF THIS FORM INCLUDING ALTERATIONS OR FORGERY ARE CRIMES PUNISHABLE BY LAW

EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MICHELLE R. CARPER,

      Plaintiff,

v.

VWR SCIENTIFIC PRODUCTS
CORPORATION, and VWR
INTERNATIONAL, INC.,

      Defendants.

Civil Action No. 04-0126

### DECLARATION PURSUANT TO 28 U.S.C. § 1746 OF CUSTODIAN OF DOMESTIC RECORDS OF REGULARLY CONDUCTED ACTIVITY

I, _Gretchen Kaumro_ [Print name], hereby declare that I have responsibility for maintaining records of Family Health Center of Mullica Hill, 34 Colson Ln., Mullica Hill, NJ 08062 ("the Company"), and in that capacity, I obtained personal knowledge of the Company's routine business practices pertaining to the creation and maintenance of the documents produced pursuant to the Subpoena served upon the Company by counsel for the Defendants in the above-captioned case ("the Subpoena"). I declare that I have the authority to, and do hereby, declare as follows:

    1. Each document produced pursuant to the Subpoena was made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

    2. Each document produced pursuant to the Subpoena was kept in the course of the Company's regularly conducted business; and

    3. Each document produced pursuant to the Subpoena was made by the Company as a regular business practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: __11/25/04__
            [Date]                       [Signature]