IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MICHELLE R. CARPER,

      Plaintiff,

v.

VWR SCIENTIFIC PRODUCTS
CORPORATION, and VWR
INTERNATIONAL, INC.,

      Defendants.

Civil Action No. 04-0126 (GMS)

## CERTIFICATE OF NO OBJECTION AND COMPLETION OF BRIEFING REGARDING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The undersigned hereby certifies that, as of the date hereof, he has received no answering brief, objection or other responsive pleading to Defendants VWR Scientific Products Corporation and VWR International Inc.'s ("VWR") Motion for Summary Judgment (the "Motion") filed and served on April 15, 2005. Delaware Local Rule 7.1.2 requires an answering brief and accompanying affidavits to be filed no later than ten (10) days after service and filing of the opening brief. The undersigned further certifies that he has reviewed the Court's docket in this case and no answering brief, objection or other responsive pleading to the Motion appears thereon.

WM\4045\1

- 2 -

WHEREFORE, undersigned counsel respectfully submits that the Motion has been fully briefed and is ready for decision by the Court.

Respectfully submitted,

/s/ David P. Primack
David P. Primack (DE 4449)
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, Delaware 19801-1254
Telephone: 302-467-4224
Fax: 302-467-4201
Counsel for Defendant

Dated: May 9, 2005

Of Counsel:

Kathryn H. Levering
Admitted pro hac vice
James G. Fannon
Admitted pro hac vice
Drinker Biddle & Reath LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996

Counsel for Defendant