IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHELLE R. CARPER, | ) | |
| | ) | Civil Action No. 04-0126 |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| VWR SCIENTIFIC PRODUCTS | ) | |
| CORPORATION, and VWR | ) | |
| INTERNATIONAL, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED CERTIFICATE OF SERVICE

I, Judy M. Jones, hereby certify that I caused to be served the MOTION TO WITHDRAW AS COUNSEL on the following parties in the manner and on the dates specified below:

**Via Hand Delivered on** 4/8/05
David P. Primack, Esquire
Drinker Biddle & Reath, LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254

**Via First Class Mailed on** 4/8/05
James G. Fannon, Esquire
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

**Certified Mail sent** 4/13/05 (Ex. A)
Michelle R. Carper
402 South East Avenue
Bridgton, NJ 08302

CROSS & SIMON, LLC

Judy M. Jones (No. 3521)
Richard H. Cross, Jr. (No. 3576)
913 N. Market Street, Suite 1001
P.O. Box 1380
Wilmington, Delaware 19899-1380
(302) 777-4200/(302) 777-4224 (Fax)
jjones@crosslaw.com

DATED: June 22, 2005