IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHELLE R. CARPER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 04-126 GMS |
| VWR SCIENTIFIC PRODUCTS CORP. and VWR INTERNATIONAL INC., | ) ) ) |
| Defendants. | ) ) |

FILED
JUL - 5 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## ORDER

WHEREAS, on March 31, 2004, a Notice of Removal was filed by the defendants in this case;

WHEREAS, on October 5, 2004, a Scheduling Order was issued by the Court;

WHEREAS, on April 7, 2005, the plaintiff's attorneys filed a Motion for Leave to Withdraw, to which there was no opposition;

WHEREAS, on April 15, 2005, the defendants filed a motion for summary judgment. No opposition or answering brief has been filed by the plaintiff;

IT IS THEREFORE ORDERED that:

1. The Motion for Leave to Withdraw is GRANTED;

2. The schedule in this case is STAYED pending the appearance of new counsel for the plaintiff, or notice by the plaintiff that she intends to proceed pro se.

3. The plaintiff will have until July 31, 2005, within which to either have new counsel enter his or her appearance, or to notify the Court that she intends to proceed pro se.

July __5__, 2005

_____
UNITED STATES DISTRICT JUDGE