July 28, 2005

Judge Gregory M. Sleet
United States District court
844 N. King Street, Lockbox 19
Wilmington, DE 19801-3570


re: Carper v VWR Scientific
case #   1:04-cv-126


Dear Judge Sleet:


    Against my better judgement. And I can't afford counsel. I have to withdraw my case.

    It's a shame that this company can get away with what I had to go through, and not quit my job. Now I have to deal with the pain and limited activities because of the surgery I had to get. Who knows if I have to get another one. I now have to be on Social Security Disability getting $790.00 a month. Because of my medical limitations, it's hard to get a good paying job. Plus to even get a job that accommodates my limitations. Now Richard H. Cross put me in a $7,000 debt with him, going to be hard to pay him back along with all other bills that lack because of my income.

    Richard Cross said that I messed up with my deposition, and didn't think that my case was strong enough to continue. I disagree, but I can't afford to another lawyer.

    But I am not done with this situation. It might not be through a lawsuit, my situation will be heard.

Sincerely,

Ms. Michelle R. Carper

Miraielle Carper
4 East Ave
, NJ 08302



19801-3570

Judge Gregory M. Sleet
UNITED STATES DISTRICT COURT
844 N. King Street, Lockbox 19
Wilmington, DE 19801-3570



