# DrinkerBiddle&Reath LLP

David P. Primack
302-467-4221
david.primack@dbr.com

Law Offices

1100 North Market Street
Suite 1000
Wilmington, DE
19801-1254

302-467-4200
302-467-4201 fax
www.drinkerbiddle.com

PHILADELPHIA
NEW YORK
WASHINGTON
LOS ANGELES
SAN FRANCISCO
CHICAGO
PRINCETON
FLORHAM PARK
BERWYN

August 8, 2005

The Honorable Gregory M. Sleet
U.S. District Judge
U.S. District Court for the
    District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

          Re:    **Carper v. VWR Scientific Prods.**
                  **1:04-cv-00126-GMS**

Dear Judge Sleet:

        We represent Defendant VWR International, Inc., in the above-referenced action and have received Plaintiff's July 28, 2005 letter to Your Honor indicating that she intends to withdraw her Complaint. The withdrawal of Plaintiff's Complaint will avoid the need for the Court to rule on Defendant's unopposed Motion for Summary Judgment. We write to advise the Court that Defendant consents to Plaintiff's withdrawal of her Complaint and have enclosed a proposed form of Order for the Court's convenience.

                                                    Respectfully submitted,

                                                    */s/ David P. Primack*
                                                    David P. Primack (DE 4449)
                                                    Kathryn H. Levering, admitted pro hac vice
                                                    James G. Fannon, admitted pro hac vice

DPP/jgf

Enclosure

cc:    Michelle R. Carper, Plaintiff *pro se* (w/Encl.)

*Established 1849*

WM\4616\1