IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHELLE R. CARPER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VWR SCIENTIFIC PRODUCTS<br>CORPORATION, and VWR<br>INTERNATIONAL, INC.,<br><br>　　　　Defendants. | Civil Action No. 04-0126 |

## ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of Plaintiff's letter to the Court dated July 28, 2005 [Document 43], in which Plaintiff states her intent to withdraw her Complaint in this action, and Defendant's letter to the Court dated August 5, 2005 [Document 44], in which Defendant consents to Plaintiff's withdrawal of her Complaint in this action, it is hereby ORDERED that this action DISMISSED. The parties will bear their own costs.

　　　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Gregory M. Sleet, U.S.D.J.

PHLIT\535493\1