IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHELLE R. CARPER,<br><br>  Plaintiff,<br><br>v.<br><br>VWR SCIENTIFIC PRODUCTS CORPORATION, and VWR INTERNATIONAL, INC.,<br><br>  Defendants. | Civil Action No. 04-0126 |

CERTIFICATE OF SERVICE

I, David P. Primack, hereby certify that, on this date, I electronically filed the within Letter and proposed form of Order with the Clerk of Court using CM/ECF. I hereby certify that, on this date, I have mailed the within Letter and proposed form of Order by United States Postal Service, postage prepaid, to the following non-registered participant:

  Michelle R. Carper, Plaintiff *pro se*
  402 South East Ave.
  Bridgeton, NJ  08302

Dated: 8/8/05

David P. Primack (DE 4449)