IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MICHELLE R. CARPER,

    Plaintiff,

v.

VWR SCIENTIFIC PRODUCTS
CORPORATION, and VWR
INTERNATIONAL, INC.,

    Defendants.

Civil Action No. 04-0126



## ORDER

AND NOW, this 8th day of August, 2005, upon consideration of Plaintiff's letter to the Court dated July 28, 2005 [Document 43], in which Plaintiff states her intent to withdraw her Complaint in this action, and Defendant's letter to the Court dated August 5, 2005 [Document 44], in which Defendant consents to Plaintiff's withdrawal of her Complaint in this action, it is hereby ORDERED that this action DISMISSED. The parties will bear their own costs.

BY THE COURT

_____
Gregory M. Sleet, U.S.D.J.

PHLIT\535493\1